# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARC S. CARTER,

    Plaintiff,

v.

ANDREW CARTER, JOSEPH
MONTGOMERY, NICHOLAS
KRINGS, and DEPUTY GALIMBERT
in their personal and individual
capacities only,

    Defendants.

Case No. 2:14-cv-13502

HON. DAVID M. LAWSON

---

| Marc S. Carter | Keith E. Eastland (P66392) |
|---|---|
| IN PRO PER | Stephen J. van Stempvoort (P79828) |
| 16555 Mendota Street | MILLER JOHNSON |
| Detroit, MI 48221 | Attorneys for Defendants |
| | 45 Ottawa Avenue SW, Suite 1100 |
| | Grand Rapids, MI 49503 |
| | (616) 831-1700 |
| | eastlandk@millerjohnson.com |
| | vanstempvoorts@millerjohnson.com |

---

## NOTICE OF FILING EXHIBIT 1 IN THE TRADITIONAL MANNER

    Please take notice that the undersigned has filed Exhibit 1 to the following paper in the traditional manner. Leave of Court has been requested in a pending motion filed July 11, 2016.

    Title of Paper: Defendants' Motion for Summary Judgment.

    The exhibit has been served in hard copy on all parties pursuant to federal and local rules.

Dated:  July 11, 2016	/s/ Stephen J. van Stempvoort
		Keith E. Eastland
		Stephen J. van Stempvoort
		MILLER JOHNSON
		Attorneys for Defendants
		45 Ottawa Avenue SW, Suite 1100
		Grand Rapids, MI  49503
		(616) 831-1700
		vanstempvoorts@millerjohnson.com
		P79828

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARC S. CARTER,

    Plaintiff,

v.

ANDREW CARTER, JOSEPH
MONTGOMERY, NICHOLAS
KRINGS, and DEPUTY GALIMBERT
in their personal and individual
capacities only,

    Defendants.

Case No. 2:14-cv-13502

HON. DAVID M. LAWSON

| Marc S. Carter | Keith E. Eastland (P66392) |
|---|---|
| IN PRO PER | Stephen J. van Stempvoort (P79828) |
| 16555 Mendota Street | MILLER JOHNSON |
| Detroit, MI 48221 | Attorneys for Defendants |
| | 45 Ottawa Avenue SW, Suite 1100 |
| | Grand Rapids, MI 49503 |
| | (616) 831-1700 |
| | eastlandk@millerjohnson.com |
| | vanstempvoorts@millerjohnson.com |

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, and I hereby certify that I have served the paper and referenced exhibits upon the following via

first class mail to the following non-ECF participant: Marc S. Carter, 16555 Mendota Street, Detroit, MI  48221.


Dated:  July 11, 2016          /s/ Stephen J. van Stempvoort
                                           Stephen J. van Stempvoort
                                           MILLER JOHNSON
                                           Attorneys for Defendants
                                           45 Ottawa Avenue SW, Suite 1100
                                           Grand Rapids, MI  49503
                                           (616) 831-1700
                                           vanstempvoorts@millerjohnson.com
                                           P79828